**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Apr. 10, 2023__

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>PieCaken, LLC,<br>    *Petitioner*. | Civil Action No: 1:23-mc-00053 |

## ORDER

Petitioner, PieCaken, LLC previously filed an Application for the Issuance of a Subpoena *Ad Testificandum* and Subpoena *Duces Tecum* Pursuant to 35 U.S.C. §24 to A La Mode Shoppe Inc.

On April 4, 2023, the Trademark Trial and Appeal Board dismissed the underlying Opposition proceedings against Petitioner with prejudice.

Accordingly, it is ORDERED that the Application is DENIED as moot.

The Clerk of the Court is directed to close this matter.

**SO ORDERED** this __10_ day of ____April____, 2023.

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE